## Sheehan Pipe Line Construction Company

**16-10678, N.D. Okla.**

**Trive Capital Inc.**

| Payment Date | Amount |
| --- | --- |
| 1/29/2016 | $188,314.47 |
| **TOTAL:** | **$188,314.47** |